JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LITTLEJOHN,<br><br>Petitioner,<br><br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS,<br><br>Respondent. | No. 2:22-cv-09223-JWH-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition in this matter is **DENIED** and that the action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED: August 7, 2023

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE